# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand and fifteen.

_____

Andrew Carlin, individually and on behalf of a class,

    Plaintiff-Appellant,

v.

Davidson Fink LLP,

    Defendant-Appellee.

_____

**ORDER**
Docket No. 15-3105

    IT IS HEREBY ORDERED that the Appellant's motion for an extension of time to file the brief and appendix is DENIED as moot in light of the timely filing of the brief and appendix on December 1, 2015.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

