# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 SOUTH CLARK STREET, SUITE 1500
CHICAGO IL 60603
PHONE: (312)739-4200
FAX: (312) 419-0379
WWW.EDCOMBS.COM

March 7, 2016

*Via electronic filing*

Clerk of the U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    *Re:*    *Carlin v. Davidson Fink, LLP (No. 15-3105)*
            *Supplemental authority (Fed.R.App.P. 28(j))*

Dear Sir:

    I am writing pursuant to Fed. R. App. P. 28(j) to advise of the decision in *Alaska Trustee, LLC et al. v. Ambridge*, S-14915 (Alaska State Supreme Court)(March 4, 2016) (Exhibit A).

    On March 4, 2016, the Court in *Ambridge* concluded that mortgage foreclosure is covered by the Fair Debt Collection Practices Act ("FDCPA").

    The *Ambridge* decision is relevant to plaintiff's arguments that the FDCPA applies to mortgage foreclosure, as set forth on pages 17-30 of plaintiff's Opening brief and pages 7-10 of plaintiff's Reply brief.

                                  Sincerely,

                                  /s/ Daniel A. Edelman
                                  Daniel A. Edelman

## **CERTIFICATE OF SERVICE**

      I hereby certify that the preceding letter was served upon counsel for appellees, Matthew J. Bizzaro and Andrew M. Burns, by operation of the Court's electronic filing system, on March 7, 2016, and that the same contains 89 words, in accord with Federal Rule of Appellate Procedure 28(j).

      /s/ Daniel A. Edelman
      Daniel A. Edelman