# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 SOUTH CLARK STREET, SUITE 1500
CHICAGO IL 60603
PHONE: (312)739-4200
FAX: (312) 419-0379
WWW.EDCOMBS.COM

March 24, 2016

*Via electronic filing*

Clerk of the U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      *Re:*    *Carlin v. Davidson Fink, LLP (No. 15-3105)*
              *Supplemental authority (Fed.R.App.P. 28(j))*

Dear Sir:

      I am writing pursuant to Fed. R. App. P. 28(j) to advise of the decision in *Webb v. Law Office of Ira T. Nevel, LLC,* 1:15-cv-01087, 2016 WL 946962 (N. D. Ill.)(March 14, 2016) (Exhibit A).

      On March 14, 2016, the Court in *Webb* denied defendant's motion to dismiss as to the claim contesting the accuracy of the statement of the amount of the debt under §1692e and the allegedly improper charges under §§1692e and 1692f.

      Webb is factually similar to this case in that the defendant voluntarily included a "Notice Required by the Fair Debt Collection Practices Act," with the foreclosure complaint. The Webb court held "That [defendant] chose to include an FDCPA notice with the foreclosure complaint does not immunize the contents of the Notice provided." (Exhibit A, p. 9)

      The *Webb* decision is relevant to plaintiff's arguments that the FDCPA applies to mortgage foreclosure, as set forth on pages 31-35 of plaintiff's Opening brief and pages 16-21 of plaintiff's Reply brief.

                              Sincerely,

                              /s/ Daniel A. Edelman
                              Daniel A. Edelman

## **CERTIFICATE OF SERVICE**

I hereby certify that the preceding letter was served upon counsel for appellees, Matthew J. Bizzaro and Andrew M. Burns, by operation of the Court's electronic filing system, on March 24, 2016, and that the same contains 165 words, in accord with Federal Rule of Appellate Procedure 28(j).

/s/ Daniel A. Edelman
Daniel A. Edelman