# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago IL 60603
Phone: (312)739-4200
Fax: (312) 419-0379
www.edcombs.com

March 24, 2016

*Via electronic filing*
The Honorable Judges of the Second Circuit
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Carlin v. Davidson Fink, LLP (No. 15-3105)*
           **Request to bring Personal Electronics to Courtroom**

Dear Judges:

    Plaintiff-Appellant's counsel respectfully requests permission to bring the following personal electronics to the Courtroom on April 5, 2016 at 10:00 a.m. for Oral Argument in this matter:

    1) Plaintiff-Appellant's counsel's cellular phone.
    2) Plaintiff-Appellant's counsel's laptop computer.

                                                     Respectfully yours,

                                                     /s/ Daniel A. Edelman
                                                     Daniel A. Edelman

## **CERTIFICATE OF SERVICE**

     I, Daniel A. Edelman, hereby certify that the preceding letter was served upon counsel for appellees, Matthew J. Bizzaro and Andrew M. Burns, by operation of the Court's electronic filing system, on March 24, 2016.

                                                                 /s/ Daniel A. Edelman
                                                                 Daniel A. Edelman