

Matthew J. Bizzaro
Partner
mbizzaro@lbcclaw.com

Writer's Direct Dial
(516) 837-7441

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

March 24, 2016

<u>*Via Electronic Filing*</u>

The Honorable Judges of the Second Circuit
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:  *Carlin, Andrew v. Davidson Fink, LLP* (No. 15-3105)
            Request to Bring Personal Electronics to Courtroom

Dear Judges:

      Appellee-Defendant's counsel respectfully requests permission to bring the following personal electronics to the Courtroom on April 5, 2016 at 10:00 a.m. for oral argument in this matter:

      1) Appellee-Defendant's counsel's cellular phone.

      Thank you very much for your consideration of this request.

                                   Respectfully submitted,

                                   MATTHEW J. BIZZARO

MJB:dm
cc:  Abraham Kleinman, Esq. (via ECF)
     Tiffany N. Hardy, Esq. (via ECF)
     Andrew Burns, Esq. (via ECF)

100 Eagle Rock Avenue, Suite 220, East Hanover, NJ 07936
T. 973.428.4824  F. 973.428.1036